## EX PARTE W. W. EDMONDSON.

### No. 10942.   Delivered May 4, 1927.

**Habeas Corpus—For Reduction of Bail—Refused.**

Where an appeal is taken from an order of the District Court on a habeas corpus hearing, fixing bail of appellant at ten thousand dollars, upon the ground that the amount of bail fixed is excessive, in the absence of some showing that he has been unable to make the bail so fixed, or that the bail is excessive, the amount so fixed will not be reduced.   Following Ex Parte McDaniels, 258 S. W. 1057; Ex Parte Bice, 289 S. W. 43.

Appeal from the District Court of San Saba County.   Tried below before the Hon. J. H. McLean, Judge.

Appeal from an order fixing his bail in the sum of $10,000, to reduce the amount.   Reduction refused.

The opinion states the case.

No brief filed for appellant.

*Sam D. Stinson*, State's Attorney, and *Robert M. Lyles*, Assistant State's Attorney, for the State.

LATTIMORE, JUDGE.—Upon a habeas corpus hearing of an application for bail, appellant herein was granted bail by the trial court in the sum of ten thousand dollars.   He has appealed from said order of the District Court apparently upon the ground that the bail fixed is excessive in amount.   We are not prepared to say that the facts before the trial judge were such as to make it appear that the amount of bail fixed was grossly excessive.   In the absence of some showing that appellant has been unable to make the bail so fixed, or that his situation and finances are such as to render it improbable that he can make such bail, or leading us to believe the bail required is excessive, we would not feel justified in making any order reducing the bail.   Ex Parte McDaniels, 258 S. W. 1057; Ex Parte Bice, 289 S. W. 43.

The judgment will be affirmed.

*Reduction of bail denied.*